AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. §§ 1036(a)(1) and 2 - Aiding and Abetting Entry by False Pretenses to Any Real Property of the United States

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Maximum Six Months Imprisonment; Maximum Five Years Probation; Maximum $5,000 Fine; Special Assessment of $25

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ Michelle Daniels

DISTRICT COURT NUMBER
CR 17 558 MAG

FILED
NOV - 1 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
GSA-OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Karen Kreuzkamp

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: November 6, 2017   Before Judge: Spero

Comments:

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3
FILED

NOV - 1 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 17   558 MAG

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) VIOLATIONS: |
| v. | ) 18 U.S.C. §§ 1036(a)(1) and 2 – Aiding and Abetting Entry by False Pretense to Real Property of the United States (Class B Misdemeanor) |
| MICHELLE DANIELS, | |
| Defendant. | ) SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §§ 1036(a)(1) and 2 – Aiding and Abetting Entry by False Pretense to Real Property of the United States)

From on or around July 21, 2015 and continuing thereafter until on or around March 2, 2017, in the Northern District of California, the defendant,

MICHELLE DANIELS,

did aid and abet another who by fraud or false pretenses, entered or attempted to enter 90 Seventh Street, San Francisco, California, which is real property belonging in whole or in part to, or leased by, the

INFORMATION

United States, in violation of Title 18, United States Code, Sections 1036(a)(1) and 2, a Class B Misdemeanor.

DATED:

BRIAN J. STRETCH
United States Attorney

_____
HALLIE HOFFMAN
Chief, General Crimes Section

(Approved as to form: _____)
KAREN KREUZKAMP
Assistant United States Attorney

INFORMATION                                    2